**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONYALE GEORGE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 21-1279-VAP (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that Respondent's motion to dismiss the Petition be granted and that it be dismissed with prejudice. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: July 19, 2022

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE