JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONYALE GEORGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　Respondent. | Case No. EDCV 21-1279-VAP (JPR)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 19, 2022

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE